475 A.2d 739

**In the Matter of the EMPLOYEES OF the UNIVERSITY OF PITTSBURGH CAMPUS POLICE DEPARTMENT.**

**Appeal of The FRATERNAL ORDER OF POLICE LODGE NO. 99.**

**INTERNATIONAL UNION, UNITED PLANT GUARD WORKERS OF AMERICA, and University of Pittsburgh**

**v.**

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA LABOR RELATIONS BOARD, Appellant.**

Supreme Court of Pennsylvania.

Argued March 7, 1984.

Decided May 25, 1984.

James L. Crawford, Frayda Kamber, Pa. Labor Relations Bd., Harrisburg, for appellant at No. 82 and appellees in No. 81.

W. Glen Jeakle, pro-hac-vice, Palmyra, for appellees at No. 81, Intern. Union, United Plant Guard Workers of America.

Scott F. Zimmerman, Patrick Ritchey, Kevin P. Gilboy, Pittsburgh, for appellees at No. 81, University of Pittsburgh.

Michael H. Small, Palmyra, for appellees at Nos. 81 and 82, Intern. Union, United Plant Guard Workers of America.

Henry Miller, III, Gary M. Lightman, Harrisburg, for appellees at No. 82, Fraternal Order of Police Lodge 99.

Before ROBERT N.C. NIX, Jr., C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.